## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IUNUSALI MUMINOV      :
            :
     Petitioner,   :  3:26-cv-911
            :  (JUDGE MARIANI)
 v.         :
            :
WARDEN, FCI LEWISBURG, *et al.*,  :
            :
     Respondents.  :

### ORDER

AND NOW, THIS 23rd DAY OF APRIL 2026, upon consideration of Petitioner

Iunusali Muminov's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Doc.

1), Respondents' response, (Doc. 5) and for the reasons set forth in the accompanying

memorandum opinion, **IT IS HEREBY ORDERED THAT**: Petitioner's habeas petition, (Doc.

1), is **DENIED**.

_____
Robert D. Mariani
United States District Judge